UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF                                  IN PROCEEDINGS UNDER

CHARMELLE CASELLA                                 CHAPTER 13

    Debtor                                        CASE NO. 09-33355 LMW

## ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

  The debtor's plan was filed on 11/30/09, and was amended on 1/26/11.  A summary of the plan, or a summary of the final amendment of the plan, was transmitted to the creditors under Bankruptcy Rule 3015.  The Court finds that the plan meets the requirements of 11 U.S.C. Section 1325 and 1329.

IT IS ORDERED THAT:
    The debtor's chapter 13 plan is confirmed, with the following provisions:
1. Payments: $340.00 Twice Per Month on the 15th and last days of the month, commencing 3/15/11.
2. Period of payments:     60 months, or until a dividend of not less than 30% is paid to creditors holding allowed unsecured claims.

        Payable to:        **Molly T. Whiton, Standing Trustee**
                            **P.O. Box 610**
                            **Memphis, TN 38101-0610**
    Payroll Deduction:
    __XX__       Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this Court.
    _____       No payroll deduction is ordered.

3. Attorney's Fees:  The debtors' attorney was awarded a fee in the amount of $4,000.00, of which $0.00 is due and payable from the estate.

| | |
|---|---|
| **CHARMELLE CASELLA'S EMPLOYER:** | **ATTN: Payroll**<br>**PAREXEL International** |
| **Employee # 67231** | **900 Chelmsford St., Ste.310**<br>**Lowell, MA  01851** |

Dated: February 24, 2011                         BY THE COURT

*Lorraine Murphy Weil*
Lorraine Murphy Weil
Chief United States Bankruptcy Judge