Form aplce13dsch 2/11

**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In Re:

    Charmelle Casella ,              Case No. 09−33355

       Debtor(s)                       Chapter 13

**NOTICE OF FILING OF**
**APPLICATION FOR ENTRY OF CHAPTER 13 DISCHARGE**

Please take notice that the above−captioned debtor has filed an Application for Entry of Chapter 13 Discharge. Pursuant to this Court's Standing Order No. 14, if an objection is not filed by 4/28/2016 , the Court may enter a discharge and close the case.

Date: 4/14/16                                                   Myrna Atwater, Clerk